United States Courts
Southern District of Texas
ENTERED

JUL 0 3 2002

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THUY NGUYEN | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-01-1114 |
| | § | |
| THE MEGA LIFE & HEALTH INSURANCE COMPANY | § | |
| Defendant | § | |

## AGREED FINAL JUDGMENT

BE IT REMEMBERED on the 1st day of July, 2002, came on for consideration the above entitled and numbered cause, wherein Thuy Nguyen is Plaintiff, and The Mega Life and Health Insurance Company is Defendant. After making their appearance, the parties stated that all matters in controversy have been compromised and settled. The parties request that the Court enter judgment that the Plaintiff, Thuy Nguyen, take nothing by reason of this suit and that all costs be taxed against the party incurring the same.

Accordingly, it is ORDERED, ADJUDGED and DECREED that the Plaintiff, Thuy Nguyen, take nothing by reason of this suit against the Defendant, The Mega Life and Health Insurance Company, and that all costs be taxed against the party incurring the same.

SIGNED on the 1st day of July, 2002.

_____
JUDGE PRESIDING

APPROVED AS TO FORM:

**Lukin & Hedges**
A Registered Limited Liability Partnership

By: _____
Karen Beasley Lukin
State Bar No. 01987400
3701 Kirby, Suite 1212
Houston, Texas 77098-3961
Telephone: (713) 524-5556
Facsimile: (713) 524-9967

ATTORNEY-IN-CHARGE FOR DEFENDANT,
THE MEGA LIFE AND HEALTH
INSURANCE COMPANY

Richard Schechter, P.C.

By: _____
Paul R. Miller
State Bar No. 14103500
11 E. Greenway Plaza, Suite 2010
Houston, Texas 77046-1171
Telephone: (713) 723-8919
Facsimile: (713) 622-1680

ATTORNEY-IN-CHARGE FOR PLAINTIFF,
THUY NGUYEN